# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, STATE FARM**
**MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**

          **Plaintiffs,**

**-vs-**                                                      **Case No. 6:03-cv-1645-Orl-31KRS**

**GARY M. WEISS, ROBERT J. BROWN, &**
**SPECTRUM DX SERVICES, INC.,**

          **Defendants.**
_____/

## ORDER

Defendant, Dr. Gary Weiss, has filed a Motion for Partial Summary Judgment (Doc. 236) with respect to Plaintiff's fraud claim–Count Four of the First Amended Complaint (Doc. 110). Plaintiff filed a Response in opposition (Doc. 241).

Defendant's Motion was filed well before the discovery deadline established by the Case Management and Scheduling Order (Doc. 126). Moreover, Defendant's Motion does not provide specific record references to support his contention that there exists no disputed issues of material fact relevant to Plaintiff's claim of common law fraud. Indeed, Defendant's memorandum points out numerous facts which appear to be material and hotly disputed.

Because the Court concludes that Defendant's Motion is premature and facially insufficient, it is

**ORDERED** that Defendant's Motion is DENIED, without prejudice. Defendant may reassert his motion, as appropriate, after expiration of the discovery period and prior to the dispositive motion deadline of November 14, 2005.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 30, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party