**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, et al.,**

                **Plaintiffs,**

-vs-                                      Case No. 6:03-cv-1645-Orl-31KRS

**GARY M. WEISS, et al.,**

                **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT ADDITIONAL DEPOSITIONS (Doc. No. 247)**
>
> **FILED:**    September 22, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

State Farm may take a total of twenty-five depositions, which number includes both disclosed expert and non-expert depositions. Depositions shall be completed by the close of discovery, which is October 31, 2005. The parties shall not cite or rely on this order as support for a motion to extend any deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida on October 3, 2005.

                                                        *Karla R. Spaulding*
                                                     KARLA R. SPAULDING
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties