# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, STATE FARM
MUTUAL AUTOMOBILE
INSURANCE COMPANY

      **Plaintiffs,**

-vs-            **Case No.  6:03-cv-1645-Orl-31KRS**

GARY M. WEISS, ROBERT J. BROWN, &
SPECTRUM DX SERVICES, INC.,

      **Defendants.**

_____/

## ORDER

   This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL (Doc. No. 261)** |
| **FILED:** | **October 19, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

   Because the parties were required to file the settlement agreement under seal as a condition

of the Court retaining jurisdiction over it, the Clerk of Court is directed to file the settlement

agreement under seal.  If any party moves to enforce a provision of the settlement agreement, it must, at that time, be filed in the public record.

      **DONE** and **ORDERED** in Orlando, Florida on November 10, 2005.

*Karla R. Spaulding*
        KARLA R. SPAULDING
    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties