# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, STATE FARM**
**MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**

            **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:03-cv-1645-Orl-31KRS**

**GARY M. WEISS, ROBERT J. BROWN, &**
**SPECTRUM DX SERVICES, INC.,**

            **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT GARY M. WEISS, M.D.'S MOTION TO QUASH NON-PARTY SUBPOENAS (Doc. No. 301)** |
| **FILED:** | November 17, 2005 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

The motion to quash the subpoena issued to First Atlantic Mortgage Services, Inc. is **DENIED**. The subpoena appears to have been validly issued by this Court and called for production of documents within the discovery period established in this case. The certificate of service reflects that counsel for Defendant Gary M. Weiss received notice of the issuance of the subpoena before the date

and time on which documents were to be produced, but failed to raise any objection to the subpoena before the date and time that production of documents was required. His motion to quash was, therefore, untimely filed.

The motion to quash the remaining subpoenas is **DENIED**. The remaining subpoenas were issued from other courts. Generally, only "the court by which a subpoena was issued" has the power to quash or modify that subpoena. *See* Fed. R. Civ. P. 45(c)(3)(A).

**DONE** and **ORDERED** in Orlando, Florida on November 22, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties