**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, STATE FARM**
**MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**

               **Plaintiffs,**

**-vs-**                                          **Case No. 6:03-cv-1645-Orl-31KRS**

**GARY M. WEISS, ROBERT J. BROWN, &**
**SPECTRUM DX SERVICES, INC.,**

               **Defendants.**
_____/

# ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL RESPONSES TO REQUESTS FOR ADMISSIONS (Doc. No. 276)** |
| **FILED:** | **October 31, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **AMENDED MOTION TO COMPEL RESPONSES TO REQUESTS FOR ADMISSION (Doc. No. 298)** |
| **FILED:** | **November 15, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Defendant Gary M. Weiss asks the Court to compel Plaintiff State Farm to provide better responses to more than 200 requests for admissions. Rather than quoting the disputed requests and responses, as required by M.D. Fla. L.R. 3.04, Weiss filed the complete responses of State Farm to 450 requests for admissions, which responses are found in 274 pages of electronically filed documents contained in eight separate exhibits. Doc. No. 279.

Rule 3.04 is designed to relieve the Court of the tedious task of combing through voluminous requests for admissions and responses to find the requests and responses at issue. While I may, in appropriate circumstances, permit a party to attach only the disputed requests and responses if quoting them would be too onerous a task, a party must request this relief, rather than simply disregarding the local rule. In this instance, Weiss has not (1) complied with local rule 3.04; (2) requested relief from the requirements of local rule 3.04; or (3) attached only the contested requests for admissions and responses. Because Weiss has not complied with the rules of the Court, the merits of the motions will not be considered.

**DONE** and **ORDERED** in Orlando, Florida on November 22, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-