**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, STATE FARM**
**MUTUAL AUTOMOBILE**
**INSURANCE COMPANY**

             **Plaintiffs,**

**-vs-**                                                              **Case No. 6:03-cv-1645-Orl-31KRS**

**GARY M. WEISS, ROBERT J. BROWN, &**
**SPECTRUM DX SERVICES, INC.,**

             **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO COMPEL RESPONSES TO INTERROGATORIES (Doc. No. 273)**
>
> **FILED:** October 31, 2005
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On August 29, 2005, Defendant Gary M. Weiss propounded interrogatories to Plaintiff State Farm seeking information about any other person or entity other than Weiss that State Farm contended might be liable in whole or in part for the claims asserted against him in the lawsuit. *See*

Interrogatories 8, 9, 10, and 11. State Farm objected to the interrogatories on a number of grounds. Weiss now seeks to compel answers to the interrogatories.

Weiss asserts that the interrogatories are designed to learn who are members of the association-in-fact enterprise that forms the basis of State Farm's RICO claim. State Farm responds that it has identified the members of this association-in-fact enterprise in the First Amended Complaint and at its corporate deposition, and that the members are only those individuals and entities set forth in paragraph 78 of the First Amended Complaint. Therefore, Weiss has already been provided information that binds State Farm with respect to the members of the association-in-fact enterprise. Because that is all Weiss states that he was seeking through the interrogatories at issue[1], there is no need to compel a further response to provide Weiss with information duplicative of that already provided to him. *See* Fed. R. Civ. P. 26(b)(2)(i).

**DONE** and **ORDERED** in Orlando, Florida on November 22, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] In his motion, Weiss stated as follows: "State Farm apparently believes that the purpose of the interrogatories is to bring claims (or seek to add other entities as 'at fault' parties on a verdict form) . . . . That, however, is simply not the purpose of the interrogatories. Rather, they seek . . . to discover the parameters of, and the individuals and entities assertedly involved in, the alleged RICO enterprise." Doc. No. 273 at 5-6.