# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, STATE FARM
MUTUAL AUTOMOBILE
INSURANCE COMPANY

                **Plaintiffs,**

**-vs-**                                     **Case No.  6:03-cv-1645-Orl-31KRS**

**GARY M. WEISS, ROBERT J. BROWN, &**
**SPECTRUM DX SERVICES, INC.,**

                **Defendants.**
_____/

# ORDER

Upon consideration of the Agreed Motion to Assess Attorney's Fees (Doc. 337), it is

**ORDERED** that the Motion is GRANTED.  Plaintiffs shall, within 20 days, pay

Defendant, Gary M. Weiss, the sum of $2,000 in satisfaction of the Court's prior order at Doc.

281.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 20, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party