# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE & CASUALTY INSURANCE COMPANY**

        **Plaintiffs,**

**-vs-**                                  Case No.  6:03-cv-1645-Orl-31KRS

**GARY M. WEISS, ROBERT J. BROWN, & SPECTRUM DX SERVICES, INC.,**

        **Defendants.**
_____/

## ORDER

Defendant, Gary Weiss, has withdrawn his opposition to Plaintiffs' Motion to Exclude the testimony of Dr. Daniel Menkes.  Accordingly, it is

**ORDERED** that Plaintiffs' *Daubert* Motion at Doc. 289 is GRANTED, as unopposed.  Dr. Menkes will not be permitted to testify at trial.  The hearing scheduled for February 16, 2006 is cancelled.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 9, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE