**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY, STATE FARM**
**FIRE & CASUALTY INSURANCE**
**COMPANY**

      **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:03-cv-1645-Orl-31KRS**

**GARY M. WEISS, ROBERT J. BROWN, &**
**SPECTRUM DX SERVICES, INC.,**

      **Defendants.**
_____/

## ORDER

State Farm has moved to strike, as untimely, Gary Weiss's Supplemental Rule 26(a) Disclosure (Doc. 364). Dr. Weiss filed a brief in opposition (Doc. 387). The subject disclosure contains 47 names and several categories of individuals who allegedly have relevant information about this dispute (Doc. 364, Ex. 1). This disclosure was filed on January 13, 2006, more than two months after the close of discovery and just before the pretrial statement was due to be filed.

Following a good-faith conference between counsel, the list was narrowed to 19 contested witnesses. Sixteen of these witnesses were identified by State Farm in its Rule 26 disclosures. Of the remaining three contested witnesses, Anthony Brown was disclosed by a co-defendant. The other two, Lynne Dale and Catherine Weiss, were never disclosed or deposed in this case.

State Farm cannot legitimately claim prejudice for those witnesses which itself listed as persons having knowledge relevant to this case. Nor would it be prejudiced by the testimony of Antony Brown. Accordingly, it is

**ORDERED** that Plaintiff's Motion is GRANTED, in part. With respect to the contested witnesses listed in footnote 4 at page 2 of Plaintiff's Motion (Doc. 364), Lynne Dale and Cathleen (or Catherine) Weiss are excluded as witnesses. The Motion is DENIED as to the other contested witnesses. The parties shall abide by the agreements reached between them regarding the remaining witnesses on Dr. Weiss's supplemental disclosure. *See* footnotes 2 and 3 at page 2 of Plaintiff's Motion (Doc. 364).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 27, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE