**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE & CASUALTY INSURANCE COMPANY**

      **Plaintiffs,**

-vs-                                           Case No.  6:03-cv-1645-Orl-31KRS

**GARY M. WEISS, ROBERT J. BROWN, & SPECTRUM DX SERVICES, INC.,**

      **Defendants.**
_____/

## ORDER

In consideration of Defendant Weiss's Second Motion for Disclosure of Settlement Agreements (Doc. 424), the Court has reviewed *in camera* the Confidential Settlement Agreement between State Farm and the other Defendants, and has concluded that it does not preclude Plaintiff's standing to pursue this claim against Weiss.  To the extent set off becomes an issue, the Court will deal with that issue post-verdict.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 7, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party