# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**
                  **Plaintiff,**

**-vs-**                                                             **Case No. 6:03-cv-1645-Orl-31KRS**

**GARY M. WEISS, ROBERT J. BROWN, &**
**SPECTRUM DX SERVICES, INC.,**

                  **Defendants.**
_____/

## ORDER

Upon consideration of Defendants' Motion to Quash Subpoena (Doc. 533) and Plaintiff's Response thereto (Doc. 536), it is

**ORDERED** that said Motion is GRANTED, in part. The documents need not be produced. Instead, Defendants Brown and Spectrum shall file an accounting under oath with the Court that sets forth the date and amount of all payments to counsel, Michael Kahn, P.A. ("Kahn") and James H. Monroe ("Monroe"), since June 1, 2003; said accounting to include the amount of any retainer paid but not yet applied. Kahn and Monroe as officers of the Court shall attest to the accuracy of the accounting. The accounting shall be filed by 4:00 PM on Friday, November 17, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 7, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE